UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVYN BETANCOURT ULLOA,

Petitioner,

v.

WARDEN CALIFORNIA CITY CORRECTIONAL CENTER,

Respondent.

No. 1:26-cv-03360-DAD-CKD (HC)

ORDER DIRECTING SUPPLEMENTAL BRIEFING

On May 1, 2026, petitioner filed a motion for temporary restraining order seeking his immediate release. (Doc. No. 2.) On May 5, 2026, respondent filed its opposition, arguing that petitioner is subject to mandatory detention pursuant to 8 U.S.C. § 1226(c) and that petitioner had not exhausted his administrative remedies because he had not requested a *Matter of Joseph* hearing to challenge this determination before an immigration judge. (Doc. No. 8 at 2–4.) On May 7, 2026, the court denied petitioner's motion for temporary restraining order, determining that petitioner had not exhausted his administrative remedies at that time. (Doc. No. 9.) On May 21, 2026, the assigned magistrate judge issued findings and recommendations recommending that the pending petition be dismissed for failing to exhaust administrative remedies. (Doc. No. 12.) On June 15, 2026, petitioner filed a brief arguing that he has now exhausted his administrative remedies because he requested a *Matter of Joseph* hearing on May 14, 2026 (Doc. No. 13 at 4–6),

but has not received such a hearing. (*Id.* at 1–2.) Respondent has not filed a reply to petitioner's brief regarding the status of petitioner's request for a *Matter of Joseph* hearing.

The court now DIRECTS respondent to file supplemental briefing by no later than July 14, 2026 at 5:00 P.M. addressing whether petitioner has been provided with his requested *Matter of Joseph* hearing. Further, if petitioner has not been provided with a *Matter of Joseph* hearing, respondent is DIRECTED to address the specific reasons that petitioner has not been provided such a hearing to date, particularly in light of respondent's position in this action that petitioner is subject to 8 U.S.C. § 1226(c). *See Demore v. Kim*, 538 U.S. 510, 514 n.3 (2003) (explaining that a *Matter of Joseph* hearing is "immediately provided to a detainee who claims that he is not covered by § 1226(c)).

IT IS SO ORDERED.

Dated: **July 10, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE